135 So.2d 815

Homer D. **ELLIS**

v.

**STATE.**

**3 Div. 986.**

Supreme Court of Alabama.

Dec. 21, 1961.

Certiorari to Court of Appeals.

Homer D. Ellis, pro se.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Homer D. Ellis for certiorari to the Court of Appeals to review and revise the judgment and decision in Ellis v. State, 135 So.2d 814 (3 Div. 88).

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

142 So.2d 894

Sam **FIORELLA**

v.

**STATE.**

**7 Div. 480.**

Supreme Court of Alabama.

Oct. 29, 1959.

Rehearing Denied July 12, 1962.

Certiorari to Court of Appeals.

Gibson & Hewitt, Birmingham, and Wales W. Wallace, Jr., Columbiana, for petitioner.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Sam Fiorella for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Fiorella v. State, Ala.App., 142 So.2d 885.

Writ denied.

SIMPSON, GOODWYN and MERRILL, JJ., concur.

136 So.2d 894

Helen **FREELAND**

v.

**STATE.**

**8 Div. 93.**

Supreme Court of Alabama.

Jan. 18, 1962.

H. G. Bailey, Boaz, for petitioner.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Helen Freeland for certiorari to the Court of Appeals to review and revise the judgment and decision in Freeland v. State, 136 So.2d 892 (8 Div. 789).

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.